REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **INDICTMENT** |
| ) | |
| v. ) | Cause No. 1:08-CR- 25 TLS |
| ) | Violations: 29 U.S.C. § 501(c) |
| JEANETTE MCFARLAND ) | |

THE GRAND JURY CHARGES:

On or about June 9, 2004, and continuing to on or about May 19, 2005, in the Northern District of Indiana,

JEANETTE MCFARLAND,

defendant herein, while an officer, that is, President of Glass Molders and Plastic, Local Union 285, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys, funds, property, and other assets of said labor organization of over $5,000.00;

All in violation of 29 U.S.C. § 501(c).

A TRUE BILL

/S/ Foreperson
Foreperson

DAVID CAPP
UNITED STATES ATTORNEY

/S/ Lovita Morris King
By:  Lovita Morris King
     Assistant United States Attorney
     E. Ross Adair Federal Bldg. & U.S. Courthouse
     1300 S. Harrison Street, Room 3128
     Fort Wayne, IN 46802-3489
     Telephone: (260) 422-2595
     Facsimile:  (260) 426-1616
     E-mail Address: lovita.morris.king@usdoj.gov